Case 3:09-cr-00022-JGH   Document 18   Filed 07/31/12   Page 1 of 1 PageID #: 67

| Mod. Prob. 22 (Rev. 03/2010) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:09CR00022 - 001 |
| | | DOCKET NUMBER: (Rec. Court) |
| | | 4:12-CR-017-TWP-MGN |
| Chris Whitfield | DISTRICT<br>Western Kentucky | DIVISION<br>Louisville |
| | NAME OF SENTENCING JUDGE<br>John G. Heyburn II, Judge, U.S. District Court | |
| | DATES OF PROBATION | FROM<br>05-15-2012 | TO<br>05-14-2015 |

2012 AUG -2 PM 2:52

OFFENSE:

Attempt And Conspiracy To Commit Fraud.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 30, 2012
_Date_

_[signature]_
John G. Heyburn II, Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Southern District   OF   Indiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_          _UNITED STATES DISTRICT JUDGE_