# United States Probation Office
## Southern District of Indiana

### MEMORANDUM

**DATE:** August 2, 2012

**REPLY TO ATTN OF:** Jay Hardy
U.S. Probation Officer

**SUBJECT:** **Chris Whitfield**
**WD/KY Dkt. No. 3:09CR00022-001**
<u>Transfer of Jurisdiction</u>

**TO:** Laura A. Briggs
Clerk of Court

---

The above-referenced offender was sentenced in the Western District of Kentucky and now resides in this district with the probability of not returning to the sentencing district. Therefore, this officer is requesting a judge be assigned for transfer of jurisdiction.

RJH/kjt

Attachments

APPROVED BY:

*[signature]*

Dwight T. Wharton
Chief U.S. Probation Officer