Prob. 22 (Rev. 03/2010)

Case 3:09-cr-00022-JGH   Document 18   Filed 07/31/12   Page 1 of 1 PageID #: 67

# TRANSFER OF JURISDICTION

DOCKET NUMBER: (Trans. Court)
3:09CR00022 - 001

DOCKET NUMBER: (Rec. Court)
4:12-CR-017-TWP-MGN

2012 AUG -2 PM 2: 52

| | DISTRICT | DIVISION |
|---|---|---|
| Chris Whitfield | Western Kentucky | Louisville |
| | NAME OF SENTENCING JUDGE | |
| | John G. Heyburn II, Judge, U.S. District Court | |
| | DATES OF PROBATION | FROM 05-15-2012 | TO 05-14-2015 |

OFFENSE:

Attempt And Conspiracy To Commit Fraud.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **KENTUCKY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 30, 2012
Date

John G. Heyburn II, Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Southern District   OF   Indiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

08/03/2012
Effective Date