# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 3, 2012

United States District Court
Western District of Kentucky
Gene Snyder United States Courthouse, 601 West Broadway, Room 106
Louisville, KY 40202−2227

      Re: USA v. CHRIS WHITFIELD
      Western District of Kentucky Cause Number: 3:09−CR−22−01
      Southern District of Indiana Cause Number: 4:12−cr−00017−TWP−MGN

Dear Clerk:

    Enclosed please find the original Transfer of Jurisdiction, Form 22, accepting jurisdiction of the above case as to CHRIS WHITFIELD.

    Please forward certified copies of the docket sheet, charging instrument, judgment, transfer of jurisdiction form, defendant's Case Inquiry Report from your financial office, and any other relevant case documents to the New Albany division office address shown above.

                                    Sincerely,

                                    Laura A. Briggs, Clerk

                                    By:  s/Janet Mathews
                                      Janet Mathews, Deputy Clerk

cc: USA